March 11, 2005

Mr. William O'Rourke
O'Rourke & Knight, P.L.L.P.
4801 Woodway Drive, Suite 300 East
Houston, TX 77056

Honorable Max D. Higgs
El Paso County Probate Court
500 E. San Antonio, #1003
El Paso, TX 79901

Mr. John P. Mobbs
4157 Rio Bravo
El Paso, TX 79902
Ms. Jenifer L. Balch
Gwinn & Roby
1201 Elm Street, Suite 4100
Dallas, TX 75270

Mr. J. Roberto Oaxaca
Oaxaca Bernal & Associates
1515 Montana Avenue
El Paso, TX 79902

Mr. Steven C. Laird
Law Offices of Steven C. Laird, P.C.
2400 Scott Avenue
Fort Worth, TX 76103-2200

RE: Case Number: 04-0015
 Court of Appeals Number: 08-03-00438-CV
 Trial Court Number: 2002-P00893

Style: IN RE TEREX CORPORATION; TEREX CRANES, INC.; HARNISCHFEGER
 CORPORATION; ANTHONY CRANE RENTAL D/B/A MAXIM CRANE WORKS; CURTIS
 SHIFLET, DAVID KEENER, KEITH CLARK, AND CRANE & RIGGING CONSULTANTS,
 INC.

Dear Counsel:

 Today the Supreme Court of Texas delivered the per curiam opinion in
the above-referenced cause.

 Sincerely,
 [pic]
 Andrew Weber, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Denise |
| |Pacheco |
| |Mr. Waldo |
| |Alarcon |